IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PHARMACIA COMPANY f/k/a MONSANTO COMPANY, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 00-2656 Ml |
| WILLIAM TRANTHAM, | ) ) ) | |
| Defendant. | ) | |

## ORDER SETTING TELEPHONE CONFERENCE

A telephone conference has been set for <u>Monday, August 29, 2005 at 9:00 a.m.</u> to discuss Plaintiff's Application for Conditional Judgment. Plaintiff Pharmacia Company f/k/a Monsanto Company shall initiate the call to the Court with all parties on the line.

SO ORDERED this 18 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 196 in case 2:00-CV-02656 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Wayne K. McNeil
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Michael Marrah
SONNENSCHEIN NATH & ROSENTHAL
211 N. Broadway
Ste. 300
St. Louis, MO 63102

Jack F. Marlow
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Miles P. Clements
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Joel E. Cape
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Gregory E. Upchurch
THOMPSON COBURN LLP
One Firststar Plaza
St. Louis, MO 63101

Douglas P. Matthews
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT