IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 29 PM 2:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| PHARMACIA COMPANY f/k/a MONSANTO COMPANY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 00-2656 Ml |
| WILLIAM TRANTHAM, | ) ) ) | |
| Defendant. | ) | |

## ORDER FOLLOWING TELEPHONE CONFERENCE

A telephone conference in this cause was held on August 29, 2005, at 9:00 a.m. The United States was represented at the conference by Barbara Zaccola, Esq. Plaintiff Pharmacia Company f/k/a Monsanto Company was represented by Jack F. Marlow, Esq.

During the conference, the parties agreed to confer and inform the Court of a date and time for a follow-up telephone conference to discuss Plaintiff's Application for Conditional Judgment.

So ORDERED this 29 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-29-05

198

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 198 in case 2:00-CV-02656 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Joel E. Cape
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Wayne K. McNeil
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Michael Marrah
SONNENSCHEIN NATH & ROSENTHAL
211 N. Broadway
Ste. 300
St. Louis, MO 63102

Gregory E. Upchurch
THOMPSON COBURN LLP
One Firststar Plaza
St. Louis, MO 63101

Douglas P. Matthews
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jack F. Marlow
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Miles P. Clements
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Honorable Jon McCalla
US DISTRICT COURT