FILED BY ___ D.C.

05 SEP 29 AM 8:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PHARMACIA COMPANY f/k/a MONSANTO COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 00-2656 ML |
| WILLIAM TRANTHAM, | ) ) ) | |
| Defendant. | ) | |

## ORDER DENYING APPLICATION FOR CONDITIONAL JUDGMENT AND GRANTING UNITED STATES' MOTION TO DISMISS APPLICATION FOR JUDGMENT

Before the Court is Plaintiff's Application for Conditional Judgment, filed January 11, 2005. The Government filed the United States' Response to Application for Judgment, Motion to Dismiss Application for Judgment, and Supporting Memorandum on August 30, 2005.

The deadline for Plaintiff to respond to the Government's motion has passed, see Local Rule 7.2(a)(2), and Plaintiff has not presented any authority to the contrary nor otherwise controverted the Government's arguments. Accordingly, the Court DENIES Plaintiff's Application for Conditional Judgment and GRANTS the United States' Motion to Dismiss Application for Judgment.

So ORDERED this 28 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 201 in case 2:00-CV-02656 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Gregory E. Upchurch
THOMPSON COBURN LLP
One Firststar Plaza
St. Louis, MO 63101

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Wayne K. McNeil
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Douglas P. Matthews
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Michael Marrah
SONNENSCHEIN NATH & ROSENTHAL
211 N. Broadway
Ste. 300
St. Louis, MO 63102

Jack F. Marlow
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Miles P. Clements
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Joel E. Cape
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Honorable Jon McCalla
US DISTRICT COURT