IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC -9 AM 9: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

PHARMACIA COMPANY f/n/a,
MONSANTO COMPANY,
Plaintiff,

v.                                                  Civil No. 00-2656-M1

WILLIAM TRANTHAM,
Defendant.

---

## ORDER

---

Upon considering the Unopposed Motion to Vacate Order Denying Application for Conditional Judgment;

IT IS ORDERED that the Motion be, and is hereby, granted.

Memphis, Tennessee, this __8__ day of __Dec.__, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on __12-12-05__





# Notice of Distribution

This notice confirms a copy of the document docketed as number 205 in case 2:00-CV-02656 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Miles P. Clements
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Joel E. Cape
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Jim Waide
WAIDE & ASSOCIATES, P.A.
P.O. Box 1357
Tupelo, MS 38802

Gregory E. Upchurch
THOMPSON COBURN LLP
One Firststar Plaza
St. Louis, MO 63101

Glen G. Reid
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Wayne K. McNeil
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Douglas P. Matthews
FRILOT PARTRIDGE KOHNKE & CLEMENTS
1100 Poydras Street
New Orleans, LA 70163

Michael Marrah
SONNENSCHEIN NATH & ROSENTHAL
211 N. Broadway
Ste. 300
St. Louis, MO 63102

Jack F. Marlow
WYATT TARRANT & COMBS, LLP
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT